# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NETSUITE INC.**<br><br>Defendant. | **CIVIL ACTION NO 1:17-cv-1131**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF PHERAH LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Pherah LLC states that it has no parent corporation.

No publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

**PHERAH LLC**

Dated:  November 30, 2017     By:  */s/ Papool S. Chaudhari*
Papool S. Chaudhari

Texas State Bar No. 24076978
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEY FOR PLAINTIFF
PHERAH LLC**