FILED
2017 DEC -8  PM 2: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHERAH LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-17-CV-1131-LY |
| | § | |
| NETSUITE INC., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On December 7, 2017, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. #6). The court has reviewed and approves the notice of dismissal. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___8th___ day of December, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE